E-FILED
Monday, 15 December, 2025  05:17:58 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| **MELINDA RAYMOND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No: 1:24-cv-01407** |
| | ) | |
| **v.** | ) | **Judge: April M. Perry** |
| | ) | |
| **CASEY'S RETAIL COMPANY,** | ) | **Magistrate Judge: Young B. Kim** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL**

**NOW COMES** Nathan C. Volheim and Chad W. Eisenback of the firm Sulaiman Law Group, Ltd. (Counsel), counsel for Melinda Raymond ("Plaintiff"), moving to withdraw as counsel. In support thereof, the undersigned counsel on behalf of Sulaiman Law Group states as follows:

1.      Mr. Volheim and Mr. Eisenback were retained by Plaintiff to represent her in the instant action.

2.      Despite Counsel's diligent efforts to communicate with Plaintiff in the prosecution of her claims, Plaintiff has failed to participate in the discovery process of litigation.

3.      Mr. Eisenback and staff of Sulaiman Law Group, Ltd., have attempted to contact Plaintiff on numerous occasions via electronic mail, text messages, phone calls, and regular mail to no avail.

4.      Counsel is unable to continue their representation of Plaintiff due to Plaintiff's unresponsiveness, failure to communicate with Counsel and failure to participate in the discovery process of litigation.

5.      Because of the foregoing reasons, Counsel respectfully requests to withdraw from representation in this matter.

3

6.      Plaintiff is hereby further advised that within twenty-one (21) days after entry of the Order of Withdrawal, she should retain other counsel or file with the Clerk of this Court her supplementary appearance, stating there an address at which service of notices or other papers may be had on her.

7.      Plaintiff respectfully requests an indefinite extension to respond to Defendant's discovery responses or until Plaintiff retains new counsel.

**WHEREFORE**, the law firm of Sulaiman Law Group, Ltd. by Nathan C. Volheim and Chad W. Eisenback respectfully requests the Court enter an order permitting all counsel from Sulaiman Law Group, Ltd. to withdraw as counsel of record for Plaintiff; and grant such other relief as this Court deems just and proper.

Dated this 15th day of December, 2025.

*/s/ Chad W. Eisenback*
**CHAD W. EISENBACK, ESQ.**
**NATHAN C. VOLHEIM, ESQ.**
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 307 - 7632
Fax (630) 575 - 8188
ceisenback@sulaimanlaw.com
nvolheim@sulaimanlaw.com
*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2025, a true and correct copy foregoing has been provided electronically via CM/ECF, electronic mail and/or via U.S. mail to all Parties of record.

/s/ *Chad W. Eisenback*
**CHAD W. EISENBACK, ESQ.**