**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| **MELINDA RAYMOND,** | |
| Plaintiff, | |
| v. | No.  1:24-cv-01407-MMM-JEH |
| **CASEY'S RETAIL COMPANY,** | Judge:     Michael M. Mihm |
| Defendant. | |

### DEFENDANT'S NOTICE OF WITHDRAWAL OF ATTORNEY

Jeffrey D. Hanslick of Littler Mendelson, P.C., hereby notifies the Court of his withdrawal as attorney for Casey's Retail Company in the above cause of action, stating as follows:

Jeffrey D. Hanslick, who had appeared on behalf of Casey's Retail Company, is planning to retire in 2026 and so is changing his Illinois license to inactive status for 2026, and hereby withdraws his Appearance in this action effective immediately.

Respectfully submitted,

/s/ Jeffrey D. Hanslick
Jeffrey D. Hanslick, Bar No. 6220334
jhanslick@littler.com
Robert J. Rojas, USDC Bar No. 65144
rrojas@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
816.627.4400

Jeffrey D. Iles, Bar No. 6332843
jiles@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
312.795.3201

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on the 13th day of January, 2026 upon the following:

Nathan C. Volheim
Chad Eisenback
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
nvolheim@sulaimanlaw.com
ceisenback@sulaimanlaw.com

**ATTORNEYS FOR PLAINTIFF**

  /s/ Jeffrey D. Hanslick
**ATTORNEY FOR DEFENDANT**

2